**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

**DENNIS E. STEWART**                          :
                                               :
                                               :     **Case No.  04-17698**
                                               :
                    **Debtor(s)**              :
                                               :     **Chapter 7**
                                               :

<u>**CHANGE OF ADDRESS**</u>

The debtor has changed address as follows:

**Old address:**
2024 Carver Drive
Marrero, LA 70072

**New address:**
1013 Manhattan Street
Apt. 290
Harvey, LA 70058


                                        <u>/S/ Fatima A. Skimin</u>
                                        Attorney for Debtor
                                        I.D. No. 28307
                                        1100 Poydras Street-Suite 2900
                                        New Orleans, LA 70163
                                        (504) 799-2235