# United States Bankruptcy Court for the
## Eastern District of Louisiana

**FILED**

IN RE:

Dennis E. Stewart

Case No. 04-17698
Chapter 7

2011 AUG 19 P 1:29

_____Debtor(s)_____ /

## APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** a dividend check in the amount of $4,264.97 was issued by the trustee to Dennis E. Stewart, debtor in the above-referenced case.

**IT ALSO APPEARING THAT** said check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, U.S. Bankruptcy Court. The United States Treasury is currently holding these funds.

The debtor did not receive the dividend check in the above case for the following reason:

At the time of the above captioned case, the debtor, Dennis E. Stewart, used the address of 2024 Carver Drive, Marrero, LA 70072 and then changed it to 1013 Manhattan Street, Apt. 290, Harvey, LA 70058, evidenced by exhibit A. Both addresses are no longer valid for the debtor. Exhibit B is evidence that Dennis E. Stewart previously used the address in Marrero, LA as well as evidence of his current address.

**IF APPLICANT IS A FUNDS LOCATOR,** this application includes a Power of Attorney authorizing the undersigned, Dilks & Knopik, LLC, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds. This application includes an Affidavit of the undersigned that he/she has made all reasonable efforts to believe that the person or entity claiming right to these funds is the legal owner of such funds. The U.S. Attorney for the Eastern District of Louisiana has been provided a copy of this application allowing 20 days from the date of service to file an objection to payment of the unclaimed funds.

Dilks & Knopik, LLC, attorney-in-fact for Dennis E. Stewart, creditor, hereby petitions the Court for $4,264.97, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to creditor.

**THEREFORE,** an application is made for an order directing the Clerk of Court to pay said unclaimed funds to the order of Dennis E. Stewart c/o Dilks & Knopik, LLC, Attorney in Fact, and mail said check to the following address: P.O. Box 2728, Issaquah, WA 98027-0125.

Dated: September 15, 2010

Respectfully Submitted:

Brian J. Dilks
Dilks & Knopik, LLC

On 9/15/10 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

Caryn M. Dilks, Notary Public

My commission expires: July 29, 2014
Notary in and for the State of Washington

# AFFIDAVIT OF FUNDS LOCATOR

I, <u>Brian J. Dilks</u>, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that Dennis E. Stewart is legally entitled to the unclaimed funds referenced in this application.

Dated September 15, 2010

*[signature]*
Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for Dennis E. Stewart.

On 9|15|10 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL  *[signature]*
Caryn M. Dilks, Notary Public
My commission expires: July 29, 2014
Notary in and for the State of Washington

*[Notary Seal: CARYN M. DILKS, COMMISSION EXPIRES, NOTARY PUBLIC, 7-29-14, STATE OF WASHINGTON]*

# United States Bankruptcy Court for the
# Eastern District of Louisiana

IN RE:

                                                         Case No. 04-17698

Dennis E. Stewart                 Chapter 7

                Debtor(s)               /

## PROOF OF SERVICE OF APPLICATION ON U.S. ATTORNEY

Notice is hereby given that on September 15, 2010 a copy of the Application for Release of Unclaimed Funds with Affidavits was served on the following parties via US Mail or Electronic Mail:

U.S. Attorney for the Eastern District of Louisiana
Attn: Jim Letten
500 Poydras Street, Room B210
New Orleans, LA 70130

Fatima A. Skimin
Debtor's Attorney
fskimin@cox.net

Michael Chiasson
Case Trustee
Post Office Box 1666
Mandeville, LA 70470

Dennis E. Stewart
Debtor
1013 Manhattan St., Apt. 290
Harvey, LA 70058

Dennis E. Stewart
1500 Lorene Dr Apt 208
Harvey, LA 70058-3333

Dated: September 15, 2010

                                                               Brian J. Dilks
                                                                Dilks & Knopik, LLC
                                                                Attorney in Fact for Dennis E. Stewart